

FILED
JUL 25 2016
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ROBERT J. OHLWEILER,<br><br>    Plaintiff-Appellant,<br><br>v.<br><br>BANK OF AMERICA CORPORATION; et al.,<br><br>    Defendants-Appellees. | No. 16-55567<br><br>D.C. No. 3:15-cv-02268-GPC-KSC<br>Southern District of California, San Diego<br><br>ORDER |

    The parties' stipulated motion for voluntary dismissal of this appeal (Docket Entry No. 5) is granted. This appeal is dismissed. *See* Fed. R. App. P. 42(b).

    This order served on the district court shall act as and for the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Brian M. Sheehan
Motions Attorney/Deputy Clerk

BMS/MOATT